NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MEDIA QUEUE, LLC,**
*Plaintiff-Appellant,*

v.

**NETFLIX, INC.,**
*Defendant-Cross Appellant,*

**and**

**BLOCKBUSTER, INC.,**
*Defendant-Appellee,*

**and**

**GREENCINE HOLDINGS, LLC,**
*Defendant.*

---

2010-1199, -1344

---

Appeals from the United States District Court for the Northern District of California in case no. 09-CV-1027, Judge Susan Illston.

---

## ON MOTION

---

## ORDER

The appellee informs this court that Blockbuster, Inc. filed a Chapter 11 Voluntary Petition.

It appears that the automatic stay provisions of 11 U.S.C. § 362 are applicable.

Accordingly,

IT IS ORDERED THAT:

The briefing schedule is stayed. The appellee is directed to file a status report with this court every 90 days concerning the status of the bankruptcy proceedings and whether the automatic stay is lifted. Any other party may file a status report or respond to a status report.

FOR THE COURT

OCT 2 9 2010

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: John J. Edmonds, Esq.
    Scott W. Breedlove, Esq.
    Michael A. Jacobs, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 2 9 2010

JAN HORBALY
CLERK